## UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Miykael Muhammad** ) <br> Minister ) <br> fka Michael Gardner, United States ) <br> of America ex rel. ) <br> Plaintiff ) <br> ) <br>            vs.                                ) <br> ) <br> ) <br> **John Brooks Moore, University of** ) <br> **Illinois Urbana Champaign Police** ) <br> **Department, University of Illinois,** ) <br> **Jeffrey McCracken, Pat Quinn,** ) <br> **Christopher Kennedy, Ed McMillan,** ) <br> **Pam Strobel, Ricardo Estrada, Karen** ) <br> **Hasara, Patricia Brown Holmes, Patrick** ) <br> **Fitzgerald, Timothy Korwitz, James** ) <br> **Montgomery, Robert Easter, Phyllis** ) <br> **Wise, Nameka Bates, Brian Farber and** ) <br> **Natalie Davis** ) <br> ) <br> Defendant | Case Number:  **14-2081** |

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**  that the complaint is dismissed.

**Dated:**  9/17/14

                                                                      s/ Kenneth A. Wells
                                                                     Kenneth A. Wells
                                                                      Clerk, U.S. District Court